IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CALVIN D. JONES, JR.
Reg. #19493-076                                      PETITIONER

v.                  No. 2:14-cv-120-DPM-JTK

C.V. RIVERA                                       RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, № 17, and overrules Jones's objection, № 20. FED. R. CIV. P. 72(b)(3). Motions— № 11, 13, 14, 15, 16, & 19—denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 February 2015