IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CALVIN D. JONES, JR.
Reg. #19493-076                                                                PETITIONER

v.                              No. 2:14-cv-120-DPM

C.V. RIVERA                                                                    RESPONDENT

## JUDGMENT

Jones's petition is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 February 2015